Decided October 25, 2005

### STATE OF CONNECTICUT *v.* ROBERT NIXON

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 333 (AC 24842), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided October 25, 2005